# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

> Application **GRANTED**. The initial conference is **ADJOURNED** from January 4, 2023, to **February 8, 2023, at 4:10 P.M.** The parties shall submit the joint letter and proposed case management plan by **February 1, 2023**.
>
> Plaintiff shall serve the Complaint and this Order on Defendants via Federal Express, and file proof of service on the docket by **January 3, 2023.** So Ordered.
>
> Dated: December 29, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

December 28, 2022

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

   Re: Laureano v. Jojo Pizza II Corp., et al.
      Case 1:22-cv-09216-LGS

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 4, 2022, at 4:10 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this first adjournment request.

           Sincerely,

          By: /S/   B. Bradley Weitz
            B. Bradley Weitz, Esq. (BW9365)
            THE WEITZ LAW FIRM, P.A.
            Attorney for Plaintiff
            Bank of America Building
            18305 Biscayne Blvd., Suite 214
            Aventura, Florida 33160
            Telephone: (305) 949-7777
            Facsimile:  (305) 704-3877
            Email: bbw@weitzfirm.com