# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

February 1, 2023

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

                      **Re:**    **Laureano v. Jojo Pizza II Corp., et al.**
                                  **Case 1:22-cv-09216-LGS**

Dear Judge Schofield:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for February 8, 2023, at 4:10 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11]. The undersigned counsel has undertaken additional efforts including follow-up correspondence with a copy of the Summons and Complaint by Federal Express to the corporate facilities in order to facilitate contact from defendants. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date in March most convenient to this Honorable Court.

      Thank you for your consideration of this second adjournment request.

                                                    Sincerely,

                                                    By: /S/   B. Bradley Weitz
                                                         B. Bradley Weitz, Esq. (BW9365)
                                                         THE WEITZ LAW FIRM, P.A.
                                                        Attorney for Plaintiff
                                                         Bank of America Building
                                                        18305 Biscayne Blvd., Suite 214
                                                        Aventura, Florida 33160
                                                        Telephone: (305) 949-7777
                                                        Facsimile:  (305) 704-3877
                                                        Email: bbw@weitzfirm.com