# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

February 1, 2023

**Application GRANTED.** The initial conference is **ADJOURNED** from February 8, 2023, to **March 8, 2023, at 4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333. Plaintiff shall serve this Order on Defendants via Federal Express and file proof of service on the docket no later than **February 3, 2023**. So Ordered.

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

Dated: February 2, 2023
         New York, New York

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE

   Re: Laureano v. Jojo Pizza II Corp., et al.
      Case 1:22-cv-09216-LGS

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for February 8, 2023, at 4:10 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11]. The undersigned counsel has undertaken additional efforts including follow-up correspondence with a copy of the Summons and Complaint by Federal Express to the corporate facilities in order to facilitate contact from defendants. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date in March most convenient to this Honorable Court.

  Thank you for your consideration of this second adjournment request.

               Sincerely,

               By: /S/   B. Bradley Weitz
                 B. Bradley Weitz, Esq. (BW9365)
                 THE WEITZ LAW FIRM, P.A.
                 Attorney for Plaintiff
                 Bank of America Building
                 18305 Biscayne Blvd., Suite 214
                 Aventura, Florida 33160
                 Telephone: (305) 949-7777
                 Facsimile:  (305) 704-3877
                 Email: bbw@weitzfirm.com