

Febuary 6, 2023

Via ECF Filing
Honorable Magistrate Judge Lorna G. Schofield
United States District Court - Southern District Of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

**Application GRANTED.** Defendant shall answer, move or otherwise respond to the Complaint by **March 3, 2023.** The parties shall file the joint letter and proposed case management plan, as described in the Order issued November 16, 2022, by **March 1, 2023.** So Ordered.

Dated: February 6, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   <u>JOHN LAUREANO v. JOJO PIZZA II CORP., a New York corporation, d/b/a JO JO PIZZA, and 1545-1551 WESTCHESTER AVENUE REALTY LLC, a New York limited liability company. U.S. District Court – Southern District Case #: 1:22-cv-09216-LGS</u>

Dear Judge Lorna G. Schofield:

   I was recently engaged by the Defendants JOJO PIZZA II CORP., a New York corporation, d/b/a JOJO PIZZA and 1545-1551 WESTCHESTER AVENUE REALTY LLC, a New York limited liability company in the above entitled action and request an extension of time to March 3, 2023 in order to respond to the Plaintiff's Complaint. I have contacted the Plaintiff's counsel and they have consented to this extension. I respectfully request the Court to grant this extension of time.

   This is the first extension request in this matter. I thank your honor for the time taken to review this request.

                                                Respectfully submitted,

                                                /s/ Mitchell Segal
                                                _____
                                                Mitchell Segal